UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**BHRAHMANI 1 LLC**                    **CASE NO. 2:21-CV-02562**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**AMGUARD INSURANCE CO**                **MAGISTRATE JUDGE KAY**

## JUDGEMENT

Pursuant to the accompanying Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Partial Summary Judgment (Doc. 25) be **GRANTED IN PART** as to the Section 22:1973 claims, which are **HEREBY DISMISSED WITH PREJUDICE**, and **DENIED IN PART** as to Plaintiff's claims pursuant to Louisiana Revised Statutes section 22:1892.

**THUS DONE AND SIGNED** in Chambers on this 14th day of April 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**