UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BHRAHMANI 1 LLC** | **CASE NO.  2:21-CV-02562** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **AMGUARD INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Pursuant to the accompanying Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Partial Summary Judgment (Doc. 26) be **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 18th day of April 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE